UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FREDERICK MITCHELL, an individual; KELLY MITCHELL, an individual; and KRISTA MITCHELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAYLE A. IMPERATO, an individual and in her capacity as TRUSTEE for the D. IMPERATO TRUST dated 2/3/12; SCHAKANA, a California Corporation; JOHN and JANE DOES 1-10; and XYZ CORPORATIONS 1-10,<br><br>Defendants. | No. 2:19-cv-297 WBS EFB<br><br>ORDER |

----oo0oo----

Plaintiffs' Notices of Removal from Sacramento Superior Court (Docket Nos. 14 & 15) are stricken and the purported removal of the underlying cases is set aside. Parties may not remove cases into existing actions. See U.S. Bank Nat'l Ass'n v. Bellinger, No. 1:14-CV-1538-JAM-BAM, 2014 WL 4960873, at *3 (E.D.

1

Cal. Oct. 2, 2014), adopted by 2014 WL 5823070 (E.D. Cal. Nov. 10, 2014) ("A removed case cannot be removed "into" a pre-existing case."); see also Local Rule 101 ("Removed cases are initiated pursuant to the CM/ECF procedures in the same fashion as any other civil action."). Accordingly, Sacramento Superior Court Case Nos. 34-2019-70005258 & 34-2019-70005259 are REMANDED back to the state court.

The Clerk of this Court shall forward a copy of this Order to the Clerk of Superior Court of the State of California, in and for the County of Sacramento.

IT IS SO ORDERED.

Dated: February 25, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE