1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10                              ----oo0oo----

11

12   FREDERICK MITCHELL, an              No. 2:19-cv-297 WBS EFB
     individual; KELLY MITCHELL, an
13   individual; and KRISTA MITCHELL,
     an individual,
14
                  Plaintiffs,            ORDER
15
          v.
16
     DAYLE A. IMPERATO, an individual
17   and in her capacity as TRUSTEE
     for the D. IMPERATO TRUST dated
18   2/3/12; SCHAKANA, a California
     Corporation; JOHN and JANE DOES
19   1-10; and XYZ CORPORATIONS 1-10,

20                Defendants.

21

22                              ----oo0oo----

23          A hearing on defendant Dayle Imperato's Motion to

24   Dismiss is scheduled for April 22, 2019.  (Docket No. 22.)  By

25   April 8, 2019, plaintiffs shall file their opposition to the

26   motion pro se or notify the court that they have retained

27   counsel.  If plaintiffs retain counsel by that date, they shall

28
                                    1

provide the court with the name of counsel and the date by which counsel can file an opposition.

IT IS SO ORDERED.

Dated: March 12, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE