1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11

12   FREDERICK MITCHELL, an              No. 2:19-cv-297 WBS EFB
     individual; KELLY MITCHELL, an
13   individual; and KRISTA MITCHELL,
     an individual,
14                                        ORDER
                  Plaintiffs,
15
          v.
16
     DAYLE A. IMPERATO, an individual
17   and in her capacity as TRUSTEE
     for the D. IMPERATO TRUST dated
18   2/3/12; SCHAKANA, a California
     Corporation; JOHN and JANE DOES
19   1-10; and XYZ CORPORATIONS 1-10,

20                Defendants.

21

22                          ----oo0oo----

23          The court directs counsel for defendant Dayle Imperato

24   to file a notice of related cases pursuant to Local Rule 123 for

25   this action and the following other cases: Imperato v. Krista

26   Mitchell, No. 2:19-cv-411 MCE KJN; Imperato v. Kelly Mitchell,

27   No. 2:19-cv-412 TLN EFB; and City of Elk Grove v. Elk Grove

28
                                 1

Animal Rescue, No. 2:19-cv-439 TLN KJN.  The notice of related cases shall be filed in this case and each of the three other actions.  Counsel shall file the notice of related cases within three days from the date this Order is signed.

IT IS HEREBY ORDERED.

Dated:  March 12, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE