UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FREDERICK MITCHELL, an individual; KELLY MITCHELL, an individual; and KRISTA MITCHELL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DAYLE A. IMPERATO, an individual and in her capacity as TRUSTEE for the D. IMPERATO TRUST dated 2/3/12; SCHAKANA, a California Corporation; JOHN and JANE DOES 1-10; and XYZ CORPORATIONS 1-10,<br><br>Defendants. | No. 2:19-cv-297 WBS EFB<br><br>ORDER |

----oo0oo----

On March 12, 2019, the court issued an Order directing counsel for defendant Dayle Imperato to file, within three days, a notice of related cases pursuant to Local Rule 123. Counsel did not file a notice of related cases by the specified deadline.

IT IS THEREFORE ORDERED that Sid M. Rosenberg, counsel

1

for Dayle Imperato, shall, by March 22, 2019, (1) file a notice of related cases consistent with the Order of March 12, 2019 OR (2) show cause why he should not be adjudged in civil contempt of this court for his failure to comply with that Order.

Dated: March 19, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE