1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                         ----oo0oo----

11

12  FREDERICK MITCHELL, an            No. 2:19-cv-297 WBS EFB
    individual; KELLY MITCHELL, an
13  individual; and KRISTA
    MITCHELL, an individual,
14
                Plaintiffs,
15
         v.
16
    DAYLE A. IMPERATO, an            ORDER RELATING CASES
17  individual and in her capacity
    as TRUSTEE for the D. IMPERATO
18  TRUST dated 2/3/12; SCHAKANA, a
    California Corporation; JOHN
19  and JANE DOES 1-10; and XYZ
    CORPORATIONS 1-10,
20
                Defendants.
21

22  DAYLE ANN IMPERATO,              No. 2:19-cv-411 MCE KJN

23              Petitioner,

24       v.

25  KRISTA MITCHELL,

26              Respondent.

27

28
                              1

| | |
|---|---|
| DAYLE ANN IMPERATO,<br><br>         Petitioner,<br><br>    v.<br><br>KELLY MITCHELL,<br><br>         Respondent. | No. 2:19-cv-412 TLN EFB<br><br><br>ORDER RELATING CASES |

| | |
|---|---|
| CITY OF ELK GROVE,<br><br>        Plaintiff,<br><br>    v.<br><br>ELK GROVE ANIMAL RESCUE; KRISTA MITCHELL; KELLY MITCHELL; and FREDERICK MITCHELL,<br><br>        Defendants. | No. 2:19-cv-439 TLN KJN |

----oo0oo----

      Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve many of the same parties, are based on the same underlying events, and present similar questions of fact and law. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

      The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is

effected.  Under the regular practice of this court, related
cases are generally assigned to the judge and magistrate judge to
whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated
Mitchell v. Imperato, 2:19-cv-297 WBS EFB, Imperato v. Mitchell,
2:19-cv-411 MCE KJN, Imperato v. Mitchell, 2:19-cv-412 TLN EFB,
and City of Elk Grove v. Elk Grove Animal Rescue, 2:19-cv-439 TLN
KJN be, and the same hereby are, deemed related.  The cases
denominated Imperato v. Mitchell, 2:19-cv-411 MCE KJN, Imperato
v. Mitchell, 2:19-cv-412 TLN EFB, and City of Elk Grove v. Elk
Grove Animal Rescue, 2:19-cv-439 TLN KJN be, shall be reassigned
to the Honorable WILLIAM B. SHUBB.  Any dates currently set in
the reassigned cases only are hereby VACATED.  Henceforth, the
captions on documents filed in the reassigned cases shall be
shown as Imperato v. Mitchell, 2:19-cv-411 WBS EFB, Imperato v.
Mitchell, 2:19-cv-412 WBS EFB, and City of Elk Grove v. Elk Grove
Animal Rescue, 2:19-cv-439 WBS EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make
an appropriate adjustment in the assignment of cases to
compensate for these reassignments.

Dated:  March 19, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3