IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FREDERICK MITCHELL, an individual; KELLY MITCHELL, an individual; KRISTA MITCHELL, an individual, ELK GROVE ANIMAL RESCUE, a sole proprietorship.<br><br>Plaintiffs,<br><br>vs.<br><br>DAYLE A. IMPERATO, an individual and in her capacity as TRUSTEE for the D. IMPERATO TRUST dated 2/3/12; SCHAKANA, a California Corporation; JOHN AND JANE DOES 1-10; XYZ CORPORATIONS 1--10;<br><br>Defendants. | Case No. 2:19-cv-00297-WBS-EFB<br><br>ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR PERMISSION TO FILE ELECTRONICALLY |

**ORDER**

This matter having come timely before the Court on Plaintiffs' <u>Ex Parte Motion</u> for <u>Permission to File Electronically</u>, and finding good cause therefore, the Court GRANTS Plaintiffs' motion to file electronically via the Courts' CM/ECF Filing System.

**IT IS SO ORDERED.**

DATED: April 10, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

PLAINTIFFS' EX PARTE MOTION FOR PERMISSION TO FILE ELECTRONICALLY
*Frederick Mitchell et al., vs. Dayle A. Imperato, et al., Case No. 2:19-cv-00297-WBS-EFB*