UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FREDERICK MITCHELL, an individual; KELLY MITCHELL, an individual; KRISTA MITCHELL, an individual; and ELK GROVE ANIMAL RESCUE, a sole proprietorship,<br><br>        Plaintiffs,<br><br>   v.<br><br>DAYLE A. IMPERATO, an individual and in her capacity as TRUSTEE for the D. IMPERATO TRUST dated 2/3/12; SCHAKANA, a California Corporation; JOHN and JANE DOES 1-10; and XYZ CORPORATIONS 1-10,<br><br>        Defendants. | No. 2:19-cv-297 WBS EFB<br><br>ORDER |

----oo0oo----

On March 12, 2019, this court issued an order directing plaintiffs, by April 8, 2019, to "file their opposition to [defendant's motion to dismiss] pro se or notify the court that they have retained counsel."  (Docket No. 23.)  Plaintiffs did neither.  This court also notified plaintiffs in that March 12th

1

Order that a hearing was scheduled on defendant's motion to dismiss for April 22, 2019. The court subsequently granted plaintiffs electronic access to the docket in this case on April 11, 2019 (Docket No. 34), which also stated the date, time, and location for the hearing (Docket No. 22). When the Clerk called the case on April 22, 2019, counsel for defendants appeared, but plaintiffs did not appear. (Docket No. 35.) The next day, apparently after they learned of the court's intention to grant defendants' motion, plaintiffs belatedly filed a request for a new hearing on the motion to dismiss, asserting that they mistakenly missed the previous day's hearing because they did not check the docket, an explanation that defies understanding.[1] (Docket No. 36.)

In light of the foregoing, all plaintiffs are **ordered** to personally appear before this court on May 20, 2019 at 1:30 p.m. in Courtroom 5 to show cause for why sanctions should not be imposed against them for failure to comply with the orders of this court, pursuant to Federal Rule of Civil Procedure 41(b); for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b); for contempt of court pursuant to 18 U.S.C. § 401; and/or pursuant to the court's inherent authority, see Chambers v. NASCO, Inc., 501 U.S. 32, 44-46 (1991). Counsel for defendant may appear in person, may appear by phone, or may waive appearance for this hearing.

---

[1] In this same request, plaintiffs state that it is their "standard practice to check the Docket Report for this case once a day (sometimes more frequently) so as not to miss a hearing or order." (Docket No. 36 at 2.) This hearing had been scheduled for April 22, 2019 since March 12, 2019, meaning that plaintiffs should have known of the hearing for weeks.

1          IT IS SO ORDERED.

2    Dated:   April 23, 2019

3                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28