UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FREDERICK MITCHELL, an individual; KELLY MITCHELL, an individual; KRISTA MITCHELL, an individual; and ELK GROVE ANIMAL RESCUE, a sole proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>DAYLE A. IMPERATO, an individual and in her capacity as TRUSTEE for the D. IMPERATO TRUST dated 2/3/12; SCHAKANA, a California Corporation; JOHN and JANE DOES 1-10; and XYZ CORPORATIONS 1-10,<br><br>Defendants. | No. 2:19-cv-297 WBS EFB<br><br>ORDER |

----oo0oo----

Before the court is plaintiffs' ex parte application for leave of court to file a surreply or, in the alternative, to strike defendants' reply brief. (Docket No. 46.) Even though the court is required to extend pro se litigants leniency, such leniency "does not extend to permitting surreplies as a matter of

1

course." Garcia v. Biter, 195 F. Supp. 3d 1131, 1134 (E.D. Cal. 2016) (O'Neill, J.) ("Parties do not have the right to file surreplies and motions are deemed submitted when the time to reply has expired.") (emphasis in original). Accordingly, the court exercises its discretion to deny this motion. See JG v. Douglas Cty. Sch. Dist., 552 F.3d 786, 803 n.14 (9th Cir. 2008). However, to the extent defendant Dayle Imperato improperly raises any arguments for the first time in her reply brief the court will not consider such new arguments in evaluating defendant's motion to dismiss. See JG, 552 F.3d at 803 n.14.

IT IS SO ORDERED.

Dated: May 31, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE