UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FREDERICK MITCHELL,ET AL.,

                              Plaintiff,

                vs.

DAYLE A. IMPERATO, ET AL.,

                              Defendants.

Case No. 2:19-cv-00297-WBS-EFB

**ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE THE SCHEDULING CONFERENCE**

----oo0oo----

This Court issued a Pre-Trial Scheduling Conference Order on February 15, 2019.  The Scheduling Conference was set for hearing on June 24, 2019 at 1:30pm in this Court (ECF No. 4.) The Joint Status Report was due June 10, 2019 (Id.).  The Parties allege that through mistake, surprise, excusable neglect, and inadvertence, they were unable to comply with the Order.  Finding that good cause exists and pursuant to the provisions of Federal Rule of Civil Procedure 16,

        **IT IS ORDERED** that:

1. A Status (Pretrial Scheduling) Conference is reset for **September 16, 2019 at 1:30 PM** before the undersigned judge in COURTROOM: 5. At least twenty-one (21) calendar days before the scheduling conference is held, the parties shall confer and attempt to agree upon a discovery plan, as required by Federal Rule of Civil Procedure 26(f). The Joint Status Report is due no later than **September 3, 2019**.

2. The requirements in paragraphs 2 through 6 of the Courts' February 15, 2019 scheduling order shall apply.

3. The hearing set for June 24, 2019 is hereby vacated.

Dated: June 17, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE